IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LANCE JORDAN COURCHANE,<br><br>Defendant. | CR 23-11-M-DWM<br><br>ORDER |

Pending before the Court is Defendant's unopposed motion to allow witness Lonna Johnson to appear remotely for Defendant's detention hearing scheduled for June 15, 2023, at 1:30 p.m. Accordingly,

IT IS ORDERED the motion is GRANTED. The witness may appear via Zoom at the hearing. The Clerk of Court shall notify counsel via e-mail of the meeting ID and password within 24 hours of the hearing. **Zoom Guidance and Setup available at:** https://www.mtd.uscourts.gov/zoom-hearings.

DATED this 14th day of June, 2023.

Kathleen L. DeSoto
United States Magistrate Judge

1