IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-11-M-DWM |
| Plaintiff, | ORDER |
| vs. | |
| HEATHER KATHLEEN COFFEE and LANCE JORDAN COURCHANE, | |
| Defendants. | |

THIS matter comes before the Court on the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 47.) Defendants Heather Kathleen Coffee and Lance Jordan Courchane entered into plea agreements that provide a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11).

Accordingly, IT IS ORDERED:

THAT the government's motion (Doc. 47) is GRANTED;

THAT Defendant Coffee's and Defendant Courchane's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11):

- Rock Island Armory, Model: M1911A, Caliber/Gauge: .380 Auto, Serial Number: RIA2485318 and ammunition; and

1

- Sig Sauer, Model: P320, Caliber/Gauge: 9mm, Serial Number: 58J145670 and ammunition.

THAT the DEA, the ATF, or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General or Secretary of the Department of Homeland Security may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 12th day of July, 2023.

Donald W. Molloy, District Judge
United States District Court